FILED
DEC -7 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROL JOY ALLEN,                                          CV. 09-735-HU

        Petitioner,                                       ORDER

v.

NANCY HOWTON,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#14) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 7th day of December, 2009.

                                    Garr M. King
                                    United States District Judge

1 -- ORDER